**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ANN LOWRY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:20-cv-242 |
| | § | |
| AIR LIQUIDE ELECTRONICS | § | |
| U.S. LP, | § | |
| | § | |
| *Defendant*. | § | |

**JOINT MOTION TO STAY PENDING ARBITRATION**

Plaintiff Ann Lowry ("Plaintiff") and Air Liquide Electronics U.S. LP ("Defendant") move to stay this suit pending arbitration.

Plaintiff and Defendant are parties to an arbitration agreement that covers all of the claims brought by Plaintiff in this lawsuit. Specifically, on May 12, 2015, Plaintiff signed the Alternative Dispute Resolution Agreement ("ADR Agreement"), which requires all claims arising out of or relating to Plaintiff's employment or termination of employment to be resolved through arbitration. *See* Exhibit A, Alternative Dispute Resolution Agreement. In accordance with the ADR Agreement, the Parties agree to stay this matter and proceed with Plaintiff's claims in arbitration. Accordingly, the Parties request that the Court enter an order to stay this matter pending arbitration.

WHEREFORE, the Parties respectfully request an order staying this lawsuit pending the arbitration of this matter.

Dated:  April 14, 2020                              Respectfully submitted,

                                              */s/ Katherine E. Flanagan*
Katherine E. Flanagan
Texas Bar No. 00788945
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)
kflanagan@littler.com

Arrissa K. Meyer
Texas Bar No. 24060954
LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201
214.880.8180 (Telephone)
214.889.6100 (Facsimile)
akmeyer@littler.com

ATTORNEYS FOR DEFENDANT AIR LIQUIDE ELECTRONICS U.S. LP


*/s/ Brian P. Sanford (by permission)*
Brian P. Sanford
Texas State Bar No. 17630700
bsanford@sanfordfirm.com
David B. Norris
Texas Bar No. 24060934
dnorris@sanfordfirm.com
Elizabeth "BB" Sanford
Texas Bar No. 24100618
esanford@sanfordfirm.com

THE SANFORD FIRM
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
214.717.6653 (Telephone)
214.919.0113 (Facsimile)

ATTORNEYS FOR PLAINTIFF ANN LOWRY

2

## **CERTIFICATE OF SERVICE**

      On April 14, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas and electronically served same, using the Case Management/Electronic Case Filing (CM/ECF) system of the Court.  The CM/ECF system sent a Notice of Electronic Filing to the following counsel of record, who has consented in writing to accept service of this document by electronic means:

Brian P. Sanford
David B. Norris
Elizabeth "BB" Sanford
THE SANFORD FIRM
1910 Pacific Ave., Suite 15400
Dallas, TX 75201

      */s/ Katherine E. Flanagan*
      Katherine E. Flanagan